UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEXINGTON LUMINANCE LLC

        Plaintiff,

    v.

TCL MULTIMEDIA TECHNOLOGY
HOLDINGS, LTD. and
TTE TECHNOLOGY, INC.,

        Defendants.

C.A. No. 1:16-cv-11458-DJC

---

**DEFENDANTS' MOTION TO STRIKE OR IN THE ALTERNATIVE TO DISMISS THE
SECOND AMENDED COMPLAINT**

---

Pursuant to Fed. R. Civ. P. 12(f)(2), Defendants TCL Multimedia Technology Holdings,

Ltd. and TTE Technology, Inc. (hereinafter, "TCL"), hereby move the Court for an order striking

Plaintiff Lexington Luminance LLC's Second Amended Complaint (D.I. 22).  In the alternative,

Defendants move the Court for an order dismissing the Second Amended Complaint pursuant to

Fed. R. Civ. P. 12(b)(6).

In further support of this Motion, TCL relies on its Memorandum of Law filed herewith.

**WHEREFORE**, TCL respectfully requests that this Court grant this Motion and strike,

or in the alternative dismiss, the Second Amended Complaint.

Dated:  December 19, 2016

/s/ Lawrence K. Kolodney
Lawrence K. Kolodney (BBO #556851)
kolodney@fr.com
Kurt L. Glitzenstein (BBO #565312)
glitzenstein@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA  02210
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Conrad A. Gosen (MN Bar No. 0395381)
gosen@fr.com
Fish & Richardson P.C.
3200 RBC Plaza
60 South 6th St.
Minneapolis, MN 55402
Telephone: (612) 766-5070
Facsimile: (612) 288-9696

Attorneys for Defendants
TCL MULTIMEDIA TECHNOLOGY
HOLDINGS, LTD. and TTE TECHNOLOGY,
INC.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

I hereby state that counsel for Defendants complied with requirements of Local Rule 7.1(a)(2) by conferring with counsel for Plaintiff.  Plaintiff's counsel does not consent to this motion.


*/s/ Lawerence K. Kolodney*
Lawrence K. Kolodney


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of December, 2016.


*/s/ Lawerence K. Kolodney*
Lawrence K. Kolodney

3