IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON LUMINANCE LLC § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:16-cv-11458-DJC |
| § | |
| TCL MULTIMEDIA TECHNOLOGY § | JURY DEMANDED |
| HOLDINGS, LTD. and § | |
| TTE TECHNOLOGY, INC., § | |
| § | |
| *Defendants*. | |

### [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion for Dismissal With Prejudice of all claims asserted between plaintiff, Lexington Luminance LLC, and defendants TCL Multimedia Technology Holdings, Ltd. and TTE Technology, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Lexington Luminance LLC, and defendants TCL Multimedia Technology Holdings, Ltd. and TTE Technology, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: July 5, 2018

*/s/ Denise J. Casper*
United States District Judge
By: *Lisa Hourihan*
Deputy Clerk